UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| CHLOE FARRIS,     Plaintiff, | ) ) ) | |
| Vs. | ) ) | Cause No. 1:19-cv-4445-RLY-MJD |
| WILSON SERVICES, LLC,     Defendant. | ) ) ) | |

**ORDER DISMISSING WITH PREJUDICE**

Defendant Wilson Services LLC, by counsel, and Plaintiff, Chloe Farris by counsel, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), having filed their Stipulation of Dismissal With Prejudice, and the Court having read such Stipulation and being duly advised in the premises,

It is hereby ORDERED that this Case be and is Dismissed with Prejudice, each side bearing their own costs.

Dated:   7/21/2020

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the court's ECF system.